**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 20, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-24-00065-CV

---

**CITY OF RIO VISTA, Appellant**

**V.**

**JOHNSON COUNTY SPECIAL UTILITY DISTRICT, Appellee**

---

**On Appeal from the 413th Judicial District
Johnson County, Texas
Trial Court Cause No. DC-C202200601**

---

### MEMORANDUM OPINION

The Court issued a memorandum opinion in this appeal on January 28, 2025, reversing the trial court's judgment and rendering judgment that the trial court lacked jurisdiction over Appellee's claims. Eight days later, Appellee filed an unopposed "Agreed Announcement of Settlement and Motion to Dismiss"

attaching the parties' settlement agreement and requesting that the Court withdraw its opinion and dismiss this appeal.

We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2)(A). The Court's January 28, 2025, memorandum opinion and judgment are withdrawn. *See id.* R. 42.1(c).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

2